1  **Bruce A. Neilson #096952**
   **7108 N. Fresno St. #190**
2  **Fresno, California  93720**
   **Telephone (559) 432-9831**
3  **Facsimile (559) 432-1837**

4  **Attorney for Defendants**
   Nareshbhai Patel dba Days Inn and
5  Kishorkumar P. Patel

6

7                     **UNITED STATES DISTRICT COURT**

8                      **EASTERN DISTRICT OF CALIFORNIA**

                                    * * * * *
9

10 CECIL SHAW,                          )   CASE NO. 1:14-cv-00682-AWI-GSA
                                        )
11         Plaintiff,                   )   STIPULATION AND PROPOSED
                                        )   ORDER SETTING ASIDE DEFAULT
                                        )   AS TO DEFENDANTS, NARESHBHAI
12 vs.                                  )   PATEL dba DAYS INN and
                                        )   KISHORKUMAR P. PATEL
13 NARESHBHAI PATEL dba DAYS INN;       )
   KISHORKUMAR P. PATEL;                )
14                                      )
                                        )
15         Defendants.                  )
   _                              _     )

16 WHEREAS:

17 1.    Plaintiff Cecil Shaw filed this action on May 8, 2014.

18 2.    Plaintiff filed proofs of service showing service of the summons and complaint in this

19 action on Defendant Kishorkumar P. Patel on May 14, 2014 and on Defendant Nareshbhai Patel

20 dba Days Inn on May 20, 2014. By inadvertence and excusable neglect, caused by the Defendant's

21 misunderstanding of the documents served upon them, no responsive pleading was filed by

22 Defendants and default was entered by the Clerk of this Court on June 25, 2014, after application

23 therefor by Plaintiff.  No judgment has been entered.

24 3.    Defendants have now retained counsel to assist with their defense and settlement of this

25 matter. Defendants believe they have a valid defense in this action as set forth in the PROPOSED

26 ANSWER OF NARESHBHAI PATEL dba DAYS INN and  KISHORKUMAR P. PATEL TO

27 COMPLAINT which accompanies this Stipulation and Order.

28

Cecil Shaw v. Nareshbhai Patel, et al.
Stipulation and Order Setting Aside Default                              Case No. 1:  14-cv-00682

1

4. Plaintiff consents to the setting aside of the default as to all Defendants.

5. Setting aside the default will be in the interest of justice in that the parties will be able to resolve the matter to the satisfaction of all parties, and the parties agree that settlement of this case would save valuable court time and resources involved in bringing a motion to set aside the default.

NOW THEREFORE, Defendants Nareshbhai Patel dba Days Inn and Kishorkumar P. Patel through their attorneys, and Plaintiff Cecil Shaw, through his attorneys, hereby stipulate and agree that the default entered in this action against Nareshbhai Patel dba Days Inn and Kishorkumar P. Patel shall be vacated and set aside, and that Defendants Nareshbhai Patel dba Days Inn and Kishorkumar P. Patel shall be allowed to answer the Complaint within 10 days from the date of the filing the Order below, pending court approval.

IT IS SO STIPULATED.

Dated: July 15, 2014

MOORE LAW FIRM, PC
        /s/Tanya Moore
Tanya Moore, Attorney for Plaintiff Cecil Shaw

Dated: July 15, 2014

        /s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendants
Nareshbhai Patel dba Days Inn and
Kishorkumar P. Patel

### **ORDER**

The Court adopts the stipulation of the parties set forth above. Accordingly, the default entered by the Clerk of the Court against Defendants Kishorkumar P. Patel and Nareshbhai Patel is hereby VACATED. Defendants shall file a response to Plaintiff Cecil Shaw's complaint within 10 days from the date of this Order.

IT IS SO ORDERED.

Dated:  **July 17, 2014**         **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE

Cecil Shaw v. Nareshbhai Patel, et al.
Stipulation and Order Setting Aside Default

2

Case No. 1: 14-cv-00682