1 | Tanya E. Moore, SBN 206683
2 | MOORE LAW FIRM, P.C.
  | 332 North Second Street
3 | San Jose, California  95112
  | Telephone (408) 298-2000
4 | Facsimile (408) 298-6046
  | Email:  tanya@moorelawfirm.com

5 | Attorneys for Plaintiff
6 | Cecil Shaw

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

CECIL SHAW,                                  )   No.  1:14-cv-00682-AWI-GSA
                                             )
         Plaintiff,                          )   **STIPULATION FOR DISMISSAL OF**
                                             )   **ACTION;  ORDER**
    vs.                                      )
                                             )
NARESHBHAI PATEL, dba DAYS INN, et           )
al.,                                         )
                                             )
         Defendants.                         )
_____        )

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 1

1  IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants Nareshbhai Patel dba Days Inn and Kishorkumar P. Patel, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: September 23, 2014        MOORE LAW FIRM, P.C.


        */s/ Tanya E. Moore*
        Tanya E. Moore
        Attorneys for Plaintiff
        Cecil Shaw



        */s/ Bruce A. Neilson*
        Bruce A. Neilson
        Attorney for Defendants
        Nareshbhai Patel dba Days Inn and
        Kishorkumar P. Patel


## **ORDER**

    The parties having so stipulated,

   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   September 23, 2014        _____
                    SENIOR DISTRICT JUDGE